# IN THE UNITED BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BRAC GROUP, INC. (f/k/a BUDGET GROUP, INC.), *et al.,* | : | Chapter 11 |
| Debtors, | : | Case No: 02-12152 (CGC) |
| ———————————————————— | : | (Jointly Administered) |
| BRAC GROUP, INC., (f/k/a BUDGET GROUP, INC.), *et al.,* | : | |
| Plaintiffs and Counterclaim Defendants, | : | |
| | : | |
| v. | : | Adversary No.: 03-54271 (CGC) |
| | : | |
| JAEBAN (U.K.) LIMITED, *et al.,* | : | |
| Defendant and Counterclaim Plaintiff | : | Refers to Docket Nos.: 73, 76 and 83 |
| | : | |

————————————————————

## NOTICE OF APPEAL

**NOTICE IS HEREBY** given pursuant to 28 U.S.C.' 158(a)(1) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, that Ibrahiem Jaeban, as Assignee of Jaeban (U.K.), Ltd., hereby appeals: (1) *Memorandum Opinion* Regarding (I) Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order, (II) BRACII's Motion for Further Sanctions and Other Related Relief, and (III) Mr. Jaeban's Motion for Order Reopening Limited Discovery entered December 16, 2004 (Docket No. 73), (2) *Order* Granting BRACII's Motion for Further Sanctions and Other Relief and Denying as Moot Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order and Mr. Jaeban's Motion for Order Reopening Limited Discovery entered January 13, 2005 (Docket No. 76), and (3) *Memorandum, Decision and Order* Denying Motion to Reconsider entered March 9, 2005 (Docket No. 83).

The names of all parties to the Order and the other parties to the Proceeding and the names, addresses and telephone numbers of their respective attorneys are as follows:

### 1. Appellants

Brian A. Sullivan  (#2098)
Robert D. Wilcox  (#4321)
Amy D. Brown  (#4077)
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, Delaware  19899
Telephone :  (302) 652-1100
Facsimile :  (302) 652-1111

### 2. BRAC Group Inc. (f/k/a Budget Group, Inc., et al.)

Robert S. Brady   (#2847)
Edmon L. Morton  (#3856)
Joseph A. Malfitano   (#4020)
Matthew B. Lunn  (#4119)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone :  (302) 571-6600
Facsimile :  (302) 571-1253

and

Larry N. Nyhan
Kenneth E. Wile
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearbourn Street
Chicago, Illinois  60603
Telephone :  (312) 853-2081
Facsimile :  (312) 853-7036

Dated:   March 17, 2005

**WERB & SULLIVAN**

/s/  Brian A. Sullivan

Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

**Attorneys for Appellant Ibrahiem
Jaeban, as Assignee of Jaeban
(U.K.), Ltd.**