## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Adversary Case #:** 03-54271-(CGC)
**Related Bankruptcy Case #:** 02-12152-(CGC)

**Deputy Clerk Transferring Case:** Sandra Jackson

**Case Type:** Adversary

**Nature of Suit:** 424 Obj/Revocation Discharge

**Cause of Appeal:**

Memorandum Opinion Regarding Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order, (II) BRACII's Motion for Further Sanctions and Other Relief, and (III) Mr. Jaeban's Motion for Order Reopening Limited Discovery **dated 12/16/04-docket #73**

Order GRANTING BRACII's Motion for Further Sanctions and Other Relief and DENYING as MOOT Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order and Mr. Jaeban's Motion for Order Reopening Limited Discovery **dated 1/16/05-docket #76**

Order and Memorandum Decision Denying Motion to Reconsider **dated 3/9/05-docket #83**

**Parties:** BRAC Group, Inc., (f/k/a Budget Group, Inc., et. al. v. Jabean (U.K.) Limited, et. al.)

**Appellant Counsel:**

**Edmon L. Morton**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
usa
302 571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**Joseph A. Malfitano**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
usa
302-571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com

**Matthew Barry Lunn**
Young Conaway Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899
302-571-6600
Email: bankruptcy@ycst.com

**Sean Matthew Beach**
Young Conaway Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899
302-571-6600
Fax : 302-576-3281
Email: bankruptcy@ycst.com

**Appellee's Counsel:**

**Brian A. Sullivan**
Were & Sullivan
300 Delaware Avenue
10th Floor
P.O. Box 25046
Wilmington, DE 19899
302-652-1100
Fax : 302-652-1111
Email: bsullivan@werbsullivan.com

**Robert D. Wilcox**
Were & Sullivan
P.O. Box 25046
Wilmington, DE 19899
(302) 652-1100
Fax : (302) 652-1111
Email: rwilcox@werbsullivan.com

**Official Committee of**
**Unsecured Creditors:**

**Ricardo Palacio, Esq**
Ashby & Geddes, P. A.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801
usa
302-654-1888
Fax : 302-654-2067
Email: bankruptcy@ashby-geddes.com

**William Pierce Bowden**
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
usa
302 654-1888
Fax : 302-654-2067
Email: wbowden@ashby-geddes.com

**Counter-Claimant:**

**Jaeban (U.K.) Limited**

**Brian A. Sullivan**

(See above for address)

**Counter-Defendant**

**BRAC Group, Inc. (f/k/a Budget Group, Inc.)**

**Edmon L. Morton**
(See above for address)

**Erin Edwards**
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
Email: bankruptcy@ycst.com

**Counter-Claimant**
-----------------------

**Ibrahiem Jaeban**                                **Robert D. Wilcox**
                                                   (See above for address)


V.


**Counter-Defendant**
-----------------------

**BRAC Group, Inc. (f/k/a Budget Group, Inc.)**

-