# IN THE UNITED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BRAC GROUP, INC. (f/k/a BUDGET GROUP, INC.), *et al.*, | : : | Chapter 11 |
| Debtors, | : : | Case No: 02-12152 (CGC) (Jointly Administered) |
| BRAC GROUP, INC., (f/k/a BUDGET GROUP, INC.), *et al.*, Plaintiffs and Counterclaim Defendants, | : : : : | |
| v. | : : | Adversary No.: 03-54271 (CGC) |
| JAEBAN (U.K.) LIMITED, *et al.*, Defendant and Counterclaim Plaintiff | : : : | |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Ibrahiem Jaeban as Assignee of Jaeban (U.K.) Limited, Appellant, hereby designates the following items to be included in the record of his appeal from the following: (1) *Memorandum Opinion* regarding (A) Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order, (B) BRACII's Motion for Further Sanctions and Other Related Relief, and (C) Mr. Jaeban's Motion for Order Reopening Limited Discovery, entered December 16, 2004 (Docket No. 73), (2) *Order* Granting BRACII's Motion for Further Sanctions and Other Relief and Denying as Moot Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order and Mr. Jaeban's Motion for Order Reopening Limited Discovery entered January 13, 2005 (Docket No. 76), and (3) *Memorandum, Decision and Order* Denying Motion to Reconsider entered March 9, 2005 (Docket No. 83)[1].

---

[1] Due to the current unavailability of the transcript of the July 15, 2004 hearing, record items will be delivered on or before April 5, 2005.

1

**DESIGNATION OF ITEMS**

| Filing Date/Entry Date | Docket No. | Document |
|---|---|---|
| 07/09/2003 | 1 | Complaint by BRAC Group, Inc. (f/k/a Budget Group, Inc.) against Jaeban (U.K.) Limited. Filed by BRAC Group, Inc. |
| 08/22/2003 | 6 | Answer to Complaint, Affirmative Defenses, and Counterclaim by Jaeban (U.K.) Limited against BRAC Group, Inc. Filed by Jaeban (U.K.) Limited. |
| 09/23/2003 | 10 | Answer to Complaint with Counterclaim Debtors' Answer and Affirmative Defenses to the Counterclaims of Defendant Jaeban (U.K.) Limited. Filed by BRAC Group, Inc. |
| 9/29/2003 | 11 | Notice of Service of Joint First Request for Production of Documents to Jaeban (U.K.) Limited. Filed by BRAC Group, Inc. |
| 10/03/2003 | 14 | Notice of Service. Filed by Jaeban (U.K.) Limited. |
| 11/26/2003 | 16 | Notice of Service of Second Joint Request for Production of Documents to Jaeban (UK) Limited. Filed by BRAC Group, Inc. |
| 12/30/2003 | 20 | Notice of Service of Jaeban (U.K.) Limited's Responses to Joint Second Request for Production of Documents. Filed by Jaeban (U.K.) Limited. |
| 1/02/2004 | 21 | Notice of Service re: Defendant/Counterclaim Plaintiff's First Request For Production Of Documents Directed To Plaintiffs/Counterclaim Defendants. Filed by Jaeban (U.K.) Limited. |

| | | |
|---|---|---|
| 1/12/2004 | 23 | Order Granting Morris Nichols' Motion to Withdraw as Counsel. |
| | | Transcript of January 12, 2004 Hearing. |
| 2/03/2004 | 27 | Motion to Strike Defendant's Counterclaims Due to Defendant's Refusal to Participate in this Proceeding. Filed by BRAC Group, Inc. |
| | | Transcript of February 4, 2004 Hearing. |
| 3/01/2004 | 30 | Response to Plaintiff's Motion to Strike Defendant's Counterclaims due to Defendant's Refusal to Participate in this Proceeding. Filed by Jaeban (U.K.) Limited. |
| 3/05/2004 | 31 | Reply of Plaintiff in Support of Its Motion to Strike. Filed by BRAC Group, Inc. |
| | | Transcript of March 10, 2004 Hearing. |
| 5/25/2004 | 32 | Memorandum Opinion. |
| 6/08/2004 | 33 | Motion for Partial Reconsideration Based on Controlling English Decisions. Filed by BRAC Group, Inc. |
| 6/25/2004 | 35 | Objection to (1) BRACII's Motion for Partial Reconsideration Based on Controlling English Decisions and (2) BRACII's Motion for a Four-Day Extension of Time to File its Motion for Reconsideration. Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| | | Transcript of July 15, 2004 Hearing. |

| | | |
|---|---|---|
| 7/19/2004 | 40 | Amended Complaint. Filed by BRAC Group, Inc. |
| 7/23/2004 | 42 | Answer to Amended Complaint, Amended Counterclaim by Ibrahiem Jaeban against BRAC Group, Inc. Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 7/30/2004 | 43 | Answer to Complaint with Counterclaim/ Debtor's Answer and Affirmative Defenses to Amended Counterclaims of Defendant Ibrahiem Jaeban. Filed by BRAC Group, Inc. |
| 8/03/2004 | 44 | Revised Pre-Trial Scheduling Order. |
| 8/20/2004 | 46 | Notice of Service of Request for Production of Documents. Filed by Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 8/23/2004 | 47 | Motion to Extend Time Deadlines in Revised Pre-trial Scheduling Order. Filed by Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 8/27/2004 | 50 | BRACII's Motion for Further Sanctions and Other Relief Due to Mr. Jaeban's Multiple Failures to Comply with the Court's May 25, 2004 Order. Filed by BRAC Group, Inc. |
| 8/27/2004 | 51 | Motion for Order Reopening Limited Discovery. Filed by Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 9/07/2004 | 53 | Objection to BRAC's Motion to File a Short Further Submission in Support of Its Motion for Partial Reconsideration in Light of a Newly-Produced Document. Filed by Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |

| | | |
|---|---|---|
| 9/14/2004 | 56 | Objection to Mr. Jaeban's Motion for Order Reopening "Limited Discovery". Filed by BRAC Group, Inc. |
| 9/14/2004 | 57 | Response to BRACII's Motion for Further Sanctions and Other Relief. Filed by Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 9/18/2004 | 65 | Reply to BRAC Group's Objection to Motion For Order Reopening Limited Discovery. Filed by Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 9/18/2004 | 66 | Reply Memorandum in Support of BRACII's Motion for Further Sanctions and Other Relief. Filed by BRAC Group, Inc. |
| 12/16/2004 | 73 | Memorandum Opinion Regarding Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order, (II) BRACII's Motion for Further Sanctions and Other Relief, and (III) Mr. Jaeban's Motion for Order Reopening Limited Discovery. |
| 1/13/2005 | 76 | Order Granting BRACII's Motion for Further Sanctions and Other Relief and Denying as Moot Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order and Mr. Jaeban's Motion for Order Reopening Limited Discovery. |
| 1/19/2005 | 77 | Transcript of September 21, 2004 Hearing. |
| 1/24/2005 | 78 | Motion to Reconsider January 13, 2005 Order and Memorandum in Support Thereof. Filed by Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 2/04/2005 | 80 | Memorandum in Opposition to Mr. Jaeban's Motion for Reconsideration. Filed by BRAC Group, Inc. |

| 2/15/2005 | 81 | Reply Memorandum of Ibrahiem Jaeban in Support of Motion for Reconsideration.  Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 2/16/2005 | 82 | Notice of Completion of Briefing and Request For Oral Argument.  Filed by Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited. |
| 3/9/2005 | 83 | Memorandum Opinion and Order. |
| 3/17/2005 | 84 | Notice of Appeal. |

## STATEMENT OF ISSUES ON APPEAL

1. Did the Bankruptcy Court err in striking and dismissing Mr. Jaeban's and Jaeban (U.K.) Limited's counterclaims and objections to the Debtors' proposed cure amounts related to the contract with Jaeban (U.K.) Limited?

2. Did the Bankruptcy Court err in denying Mr. Jaeban's Motion for Reconsideration of the December 14, 2004 Memorandum Opinion and January 13, 2005 Order?

3. Did the Bankruptcy Court err in overruling as moot Mr. Jaeban's Motion to Extend Time Deadlines in Revised Pre-trial Scheduling Order and Motion for Order Reopening Limited Discovery?

4. Did the Bankruptcy Court err in entering sanctions against Mr. Jaeban?

Dated: March 28, 2005

**WERB & SULLIVAN**

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

**Attorneys for Appellant Ibrahiem Jaeban, Assignee of Jaeban (U.K.) Limited**