# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al., | Case No. 02-12152 (CGC) |
| Debtors. | (Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al., | |
| Plaintiffs-Counterclaim Defendants-Appellees. | 03-A-54271 |
| v. | |
| JAEBAN (U.K.) LIMITED, et al., | |
| Defendant, and | |
| IBRAHIEM JAEBAN, | |
| Defendant-Counterclaim Plaintiff-Appellant. | |

## PLAINTIFFS-APPELLEES' COUNTERDESIGNATION OF ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Plaintiffs-Appellees BRAC Group, Inc., et al.,[1] by their undersigned counsel,

---

[1] Although this appeal only concerns Budget Rent-A-Car International, Inc. ("BRACII") as Appellee, Defendant-Appellant's Notice of Appeal appears to treat all Debtors in Case No. 02-12152 as Appellees. These Debtors include: BRAC Group, Inc., Auto Rental Systems, Inc., BGI Airport Parking, Inc., BGI Shared Services, Inc., BGI Shared Services, LLC, BRAC Credit Corporation, BRAC Car Sales, Inc., BRAC Fleet Finance Corporation, BRAC Rent A Car Asia-Pacific, Inc., BRAC Rent A Car Caribe Corporation, BRAC Rent A Car Corporation, BRAC Rent A Car of Japan, Inc., BRAC Rent-A-Car of St. Louis, Inc., BRAC Rent-A-Car of the Midwest, Inc., BRAC Rent-A-Car Systems, Inc., BRAC Sales Corporation, BRAC Storage Corporation, BRAT Move Management, Inc., BRAT Relocation Services, Inc., BRAT TRS, Inc., BVM, Inc., Carson Chrysler Plymouth Dodge Jeep Eagle, Inc., Control Risk Corporation, Dayton Auto Lease Company, Inc., Directors Row Management Company, LLC, IN Motors VI, LLC, Mastering The Move Realty, Inc., Mosiant Car Sales, Inc., NYRAC Inc., Paul West Ford, Inc., Philips Jacobs Insurance Agency, Inc., Premier Car Rental LLC, Reservation Services, Inc., TCS Properties, LLC, Team Car Sales of Charlotte, Inc., Team Car Sales of Dayton, Inc., Team Car Sales of Philadelphia, Inc., Team Car Sales of Richmond, Inc., Team Car Sales of San Diego, Inc., Team Car Sales of Southern California, Inc., Team Fleet Services Corporation, Team Holdings Corp., Team Realty Services, Inc., The Move Shop, Inc., Transportation and Storage Associates, ValCar Rental Car Sales, Inc., Vehicle Rental Access Company, LLC, and Warren Wooten Ford, Inc.

pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby counterdesignate the following additional items to be included in the record on appeal in response to Defendant-Appellant Ibrahiem Jaeban's Designation of Items to Be Included in the Record on Appeal (Docket No. 86):

## COUNTERDESIGNATIONS

| Filing Date | Docket # | Docket Text |
|---|---|---|
| 09/09/2003 | 9 | Pre-Trial Scheduling Order Signed on 9/9/2003 |
| 12/09/2003 | 17 | Motion to Amend -- Plaintiffs' and Plaintiffs' Intervenor's Motion for a Revised Pre-Trial Schedule in Light of Defendant's U.K. Administrative Receivership Filed by BRAC Group, Inc. (f/k/a Budget Group, Inc.), Official Committee of Unsecured Creditors |
| 12/17/2003 | 19 | Pre-Trial Scheduling Order (Revised) |
| 01/07/2004 | 22 | Motion to Withdraw as Attorney -- Motion to Withdraw as counsel for defendant Jaeban (UK), Ltd. -- terminating Thomas W. Briggs Filed by Morris Nichols Arsht & Tunnell, together with all attachments |
| 01/16/2004 | 24 | Motion For Summary Judgment (Partial) and Turnover of 327,944.09 Admitted to be Owed Plaintiffs in Light of Defendant's U.K. Administrative Receivership Filed by BRAC Group, Inc., together with all attachments |
| 01/21/2004 | 25 | Notice of Service of Discovery (Plaintiffs' Objections and Responses to Defendant's First Request for Production of Documents) Filed by BRAC Group, Inc. |
| 02/04/2004 | 29 | Order Granting Partial Summary Judgment and Compelling Turnover of Sums Admitted To Be Owed Plaintiffs in Light of Defendant's U.K. Administrative Receivership |

| Date | No. | Description |
|---|---|---|
| 07/01/2004 | 36 | Certification of Counsel Regarding Revised Pre-Trial Scheduling Order Filed by BRAC Group, Inc., together with all attachments |
| 07/09/2004 | 37 | Reply in Support of BRACII's Motions for Partial Reconsideration and a Four-Day Extension of Time Filed by BRAC Group, Inc., together with all attachments |
| 07/16/2004 | 39 | Motion to Strike Jaeban UK's Answer and Affirmative Defenses and for Entry of a Default Judgment (Renewed Motion) Filed by BRAC Group, Inc., together with all attachments |
| 08/25/2004 | 48 | Motion for Leave to File a Short Further Submission in Support of Its Motion for Partial Reconsideration in Light of a Newly-Produced Document Filed by BRAC Group, Inc., together with all attachments |
| 09/03/2004 | 52 | Objection(to Mr. Jaeban's Motion to Extend Deadlines in Revised Pre-Trial Scheduling Order Filed by BRAC Group, Inc., together with all attachments |
| 09/14/2004 | 55 | Memorandum Opinion |
| 09/15/2004 | 59 | Motion to Compel and for Leave to File a Two-Item Subpoena on HSBC Bank PLC Filed by BRAC Group, Inc., together with all attachments |
| 09/20/2004 | 68 | Affidavit of Phillip Taylor |
| 10/07/2004 | 69 | Response to BRACII's Motion to Compel and for Leave to File a Two-Item Subpoena on HSBC Bank plc filed by Ibrahiem Jaeban, together with all attachments |
| 10/14/2004 | 71 | Reply in Support of Its Motion to Compel and for Leave to File a Two-Item Subpoena on HSBC Bank PLC, together with all attachments |

Dated: March 30, 2005

                                                Respectfully submitted,

| SIDLEY AUSTIN BROWN & WOOD LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| | _/s/_ |
| Kenneth E. Wile | |
| Bank One Plaza | Robert S. Brady (Bar No. 2847) |
| 10 South Dearborn Street | Edmon L. Morton (No. 3856) |
| Chicago, Illinois 60603 | Matthew B. Lunn (No. 4119) |
| (312) 853-7000 | The Brandywine Building, 17th Floor |
| | 1000 West Street, P.O. Box 391 |
| | Wilmington, Delaware 19899-0391 |
| | (302) 571-6600 |

Counsel for Plaintiffs-Counterclaim Defendants-Appellees BRAC Group, Inc., *et al.*

## CERTIFICATE OF SERVICE

    I, Edmon L. Morton, Esquire, hereby certify that I am not less than 18 years of age, and that on March 30, 2005, I caused a copy of the foregoing to be served upon the parties identified on the attached service list in the manner indicated thereon.

Date: March 30, 2005                                Edmon L. Morton (No. 3856)

SERVICE LIST
BRACII
3/30/2005

Messrs. John Whitfield & Gerald Clifford Smith
Administrative Receivers of Jaeban (UK) Limited
c/o RSM Robson Rhodes LLP
7 Hill Street, Centre City Tower
Birmingham, B5 4UU UK
***First Class Mail (International)***

Steve Allen, Esq.
Mills & Reeve
54 Hagley Road
Edgbaston
Birmingham B16 8PE, England
Counsel for Jaeban UK Limited
***First Class Mail (International)***
*E-mail: steven.allen@mills-reeve.com*

Mark D. Collins, Esq.
Rebecca Booth, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for Joint Administrators of BRAC)
(Rent-A-Car International, Inc.)
***Hand Delivery***
*E-mail: bsullivan@werbsullivan.com &*
*bsull3aol.com*

Kenneth Wile, Esq.
Sidley Austin Brown & Wood
10 South Dearborn Street, BankOne Plaza
Chicago, IL 60603
(Co-counsel for BRACII)
***First Class Mail***
*E-mail: kwile@sidley.com*

Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
***Hand Delivery***

Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899
(Counsel for Ibrahiem Jaeban)
***Hand Delivery***
*E-mail: bsullivan@werbsullivan.com &*
*bsull3aol.com*

Ian Weatherall, Esq.
Wragge & Co. LLP
55 Colmore Row
Birmingham B3 2AS, England
(Counsel for Receivers of Jaeban)
***First Class Mail (International)***
*E-mail: ian_weatherall@wragge.com*

Chambers of The Honorable Charles G. Case II
United States Bankruptcy Judge
U.S. Bankruptcy Court - District of Arizona
2929 N. Central Avenue, 9th Floor
Courtroom #6
Phoenix, AZ 85012
***First Class Mail***

WP3:1040573.1    59519.1011