IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 02-12152 (MFW)<br><br>(Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,<br><br>Plaintiffs,<br>v.<br><br>Jacban (U.K.) Limited<br><br>Defendants. | 03-A-54271 |

## PRE-TRIAL SCHEDULING ORDER

A pretrial scheduling conference having been convened this 8th day of September, 2003, due notice having been given and all parties having appeared and been heard, IT IS ORDERED AS FOLLOWS:

---

[1] The Debtors are the following entities: BRAC Group, Inc., Auto Rental Systems, Inc., BGI Airport Parking, Inc., BGI Shared Services, Inc., BGI Shared Services, LLC, BRAC Credit Corporation, BRAC Car Sales, Inc., BRAC Fleet Finance Corporation, BRAC Rent A Car Asia-Pacific, Inc., BRAC Rent A Car Caribe Corporation, BRAC Rent A Car Corporation, BRAC Rent-A-Car International, Inc., BRAC Rent A Car of Japan, Inc., BRAC Rent-A-Car of St. Louis, Inc., BRAC Rent-A-Car of the Midwest, Inc., BRAC Rent-A-Car Systems, Inc., BRAC Sales Corporation, BRAC Storage Corporation, BRAT Move Management, Inc., BRAT Relocation Services, Inc., BRAT TRS, Inc., BVM, Inc., Carson Chrysler Plymouth Dodge Jeep Eagle, Inc., Control Risk Corporation, Dayton Auto Lease Company, Inc., Directors Row Management Company, LLC, IN Motors VI, LLC, Mastering The Move Realty, Inc., Mosiant Car Sales, Inc., NYRAC Inc., Paul West Ford, Inc., Philips Jacobs Insurance Agency, Inc., Premier Car Rental LLC, Reservation Services, Inc., TCS Properties, LLC, Team Car Sales of Charlotte, Inc., Team Car Sales of Dayton, Inc., Team Car Sales of Philadelphia, Inc., Team Car Sales of Richmond, Inc., Team Car Sales of San Diego, Inc., Team Car Sales of Southern California, Inc., Team Fleet Services Corporation, Team Holdings Corp., Team Realty Services, Inc., The Move Shop, Inc., Transportation and Storage Associates, ValCar Rental Car Sales, Inc., Vehicle Rental Access Company, LLC, and Warren Wooten Ford, Inc.

Proceedings in the above-captioned action shall be conducted on the following schedule:

1. Information exchange pursuant to Fed. R. Civ. Pro. 26(a)(1) to be completed by 10/3/03.

2. Answer to counterclaims must be filed and served by 9/23/03.

3. Plaintiff's or counter-plaintiff's expert disclosures pursuant to Fed. R. Civ. Pro. 26(a)(2) shall be made on or before 1/9/04.

4. Defendant's or counter-defendant's expert disclosures pursuant to Fed. R. Civ. Pro. 26(a)(2) shall be made on or before 1/23/04.

5. All fact discovery (document requests, interrogatories, requests for admissions and all depositions) closes on 12/12/03.

6. All expert discovery shall close on 2/06/04.

7. Dispositive motions are due on or before 2/13/04.

8. Response to any dispositive motion is due 15 business days after service of dispositive motion.

9. Reply brief for any dispositive motion is due 5 business days after service of the response to that motion.

10. Final Pretrial Conference will be held on March 12, 2003 at 9:30 a.m.

2

CH1 2757754v1  September 3, 2003 (05:16pm)

11. Trial of this matter will commence on March 26, 2004 at 9:30 a.m.

12. The parties may amend the scheduling order, or any portion thereof, by agreement, without approval of the Court.

**General Rules:**

a. Total interrogatories (including subparts) to be served by any one party on any one other party limited to 25.

b. Total document requests (including subparts) to be served by any one party on any one other party limited to 25.

c. Responses to written discovery are due 20 days after service.

**SO ORDERED:**

_____
Hon. Mary F. Walrath, U. S. Bankruptcy Judge

Date: 9/9/03