IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,[1] | Case No. 02-12152 (MFW) |
| Debtors. | (Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al., | |
| Plaintiffs, | 03-A-54271 |
| v. | |
| Jaeban (U.K.) Limited, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2004, pursuant to the attached Certificate of

Service of Kenneth E Wile, the PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT'S

---

[1] The Debtors are the following entities: BRAC Group, Inc., Auto Rental Systems, Inc., BGI Airport Parking, Inc., BGI Shared Services, Inc, BGI Shared Services, LLC, BRAC Credit Corporation, BRAC Car Sales, Inc., BRAC Fleet Finance Corporation, BRAC Rent A Car Asia-Pacific, Inc, BRAC Rent A Car Caribe Corporation, BRAC Rent A Car Corporation, BRAC Rent-A-Car International, Inc., BRAC Rent A Car of Japan, Inc, BRAC Rent-A-Car of St Louis, Inc., BRAC Rent-A-Car of the Midwest, Inc., BRAC Rent-A-Car Systems, Inc., BRAC Sales Corporation, BRAC Storage Corporation, BRAT Move Management, Inc., BRAT Relocation Services, Inc., BRAT TRS, Inc., BVM, Inc., Carson Chrysler Plymouth Dodge Jeep Eagle, Inc., Control Risk Corporation, Dayton Auto Lease Company, Inc., Directors Row Management Company, LLC, IN Motors VI, LLC, Mastering The Move Realty, Inc, Mosiant Car Sales, Inc, NYRAC Inc, Paul West Ford, Inc., Philips Jacobs Insurance Agency, Inc., Premier Car Rental LLC, Reservation Services, Inc, TCS Properties, LLC, Team Car Sales of Charlotte, Inc., Team Car Sales of Dayton, Inc, Team Car Sales of Philadelphia, Inc, Team Car Sales of Richmond, Inc, Team Car Sales of San Diego, Inc., Team Car Sales of Southern California, Inc., Team Fleet Services Corporation, Team Holdings Corp, Team Realty Services, Inc, The Move Shop, Inc, Transportation and Storage Associates, ValCar Rental Car Sales, Inc., Vehicle Rental Access Company, LLC, and Warren Wooten Ford, Inc.

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were served, as indicated upon the following parties:

**VIA FACSIMILE & FIRST CLASS MAIL:**

Ian Weatherall, Esq.
WRAGGE & CO.
55 Colmore Row
Birmingham B3 2AS
United Kingdom

Counsel for Jaeban (UK) Limited

**VIA FIRST CLASS MAIL**

Martin S. Siegel, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
120 West 45th Street
New York, NY 10036

Counsel for the Creditors' Committee

Dated: January 21, 2004

| | |
|---|---|
| **SIDLEY AUSTIN BROWN & WOOD** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| Larry J. Nyhan<br>Melville W. Washburn<br>Kenneth E. Wile<br>Bank One Plaza<br>10 S. Dearborn<br>Chicago, IL 60603 | Robert S. Brady (Bar No. 2847)<br>Edmon L. Morton (No. 3856)<br>Joseph A. Malfitano (No. 4020)<br>Matthew B. Lunn (No. 4119)<br>The Brandywine Building, 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600 |

Counsel for Debtors and Debtors-in-Possession
BRAC Group, Inc., et al.

## **CERTIFICATE OF SERVICE**

I, Kenneth E. Wile, hereby state that, on this 20th day of January, 2004, in light of the withdrawal of Defedant's Delaware counsel on January 12, 2004, I served the foregoing on Defendant's English solicitors by transmitting a copy of the foregoing by facsimile and first-class mail to:

Ian Weatherall, Esq.
WRAGGE & CO.
55 Colmore Row
Birmingham B3 2AS
United Kingdom

I also served on counsel for Plaintiff, the Official Committee of Unsecured Creditors, by transmitting a copy by first-class mail to:

Martin S. Siegel, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
120 West 45th Street
New York, New York 10036

Kenneth E. Wile