IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**

FEB 4 – 2004


UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al., | Case No. 02-12152 (CGC) |
| Debtors. | (Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al., | |
| Plaintiffs and Counterclaim Defendants, v. | 03-A-54271 |
| Jaeban (U.K.) Limited, | Re: Adv. Docket. No. 24 |
| Defendant and Counterclaim Plaintiff. | |

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT AND COMPELLING TURNOVER OF SUMS ADMITTED TO BE OWED PLAINTIFFS IN LIGHT OF DEFENDANT'S U.K. ADMINISTRATIVE RECEIVERSHIP

Upon the motion (the "Motion") filed by the above-captioned plaintiffs, as debtors and debtors in possession herein (the "Plaintiffs"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, as incorporated by Rules 7056 of the Federal Rules of Bankruptcy Procedure, for an order granting partial summary judgment against Defendant Jaeban (U.K.) Limited ("Jaeban") in the amount of £327,944.09 and requesting a turnover order under section 542(b) of the Bankruptcy Code[1] in that amount; and due and adequate notice having been given;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

and no opposition having been filed by Jaeban; and upon the hearing held with respect to the Motion on February 4, 2004; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that summary judgment is hereby granted in favor of BRACII in the amount of £327,944.09, plus interest from May 2, 2003; and it is further

ORDERED, that, pursuant to section 542(b) of the Bankruptcy Code, Jaeban shall immediately turnover the amounts payable under this Order to BRACII.

Dated: _Feb 4_, 2004

_____
CHARLES G. CASE, II
UNITED STATES BANKRUPTCY JUDGE