IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BRAC GROUP, INC (f/k/a Budget Group, Inc ), et al., | Case No  02-12152 (MFW) |
| Debtors | (Jointly Administered) |
| BRAC GROUP, INC (f/k/a Budget Group, Inc ), et al., | |
| Plaintiffs, | 03-A-54271 |
| v. | |
| Jaeban (U.K.) Limited, | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING
REVISED PRE-TRIAL SCHEDULING ORDER**

On June 22, 2004, a pre-trial status conference (the "Pre-Trial Conference") was held before this Court in the above-captioned adversary proceeding (the "Adversary Proceeding")  At the Pre-Trial Conference, the parties to the Adversary Proceeding promised to submit a revised pre-trial scheduling order   Attached hereto as Exhibit A is a revised pre-trial scheduling order (the "Scheduling Order")

The plaintiffs in the Adversary Proceeding, request that the Court enter the Scheduling Order at its earliest convenience without further notice or hearing

Dated: July 1, 2004

    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

    Robert S. Brady (No 2847)
    Edmon L. Morton (No 3856)
    Matthew B. Lunn (No 4119)
    The Brandywine Building
    1000 West Street, 17th Floor
    P O Box 391
    Wilmington, Delaware 19801

    -and-

    SIDLEY AUSTIN BROWN & WOOD
    Larry J. Nyhan
    Matthew A. Clemente
    10 South Dearborn Street
    Chicago, IL 60603
    Tel: (312) 853-7000
    Facsimile: (312) 853-7036

    Attorneys for Plaintiffs

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC (f/k/a Budget Group, Inc ), et al ,<br><br>          Debtors | Chapter 11<br><br>Case No 02-12152 (MFW)<br><br>(Jointly Administered) |
| BRAC GROUP, INC (f/k/a Budget Group, Inc ), et al ,<br><br>          Plaintiffs,<br><br>v<br><br>Jaeban (U K ) Limited,<br><br>          Defendant | 03-A-54271 |

## REVISED PRE-TRIAL SCHEDULING ORDER

Due notice having been given and all parties having appeared and been heard, IT IS ORDERED AS FOLLOWS:

    1       All depositions in this adversary proceeding shall be completed by August 23, 2004

    2       Motions for summary judgment shall be filed by September 17, 2004

    3       Memoranda in opposition to summary judgment shall be filed by October 1, 2004

    4       Reply memoranda in support of summary judgment shall be filed by October 8, 2004

    5       With respect to BRACII's Motion for Partial Reconsideration and BRACII'S Motion for a Four-Day Extension of Time to File Its Motion for Reconsideration, Defendant's

2

objections shall be filed by June 25, 2004  BRACII's reply shall be filed by July 9, 2004  The Court will hold a hearing on these motions at 9:30 a m on July 15, 2004 in its Wilmington, Delaware courtroom.

6      With respect to the parties' proposed further pleadings (an amended counterclaim by Defendant and a claim by BRACII against Mr I M Jaeban on his personal guarantee), BRACII and Defendant shall exchange proposed final pleadings by July 9, 2004  Unless a party objects in writing to the amended pleading by July 14, 2004, it shall answer or otherwise plead by July 23, 2004  If a party does object to an amended pleading, a briefing schedule shall be established at the July 15, 2004 hearing.

7      Any renewed motion by BRACII to strike the pleadings of or otherwise seek a default judgment against Jaeban (U K ) Limited in its capacity as a defendant shall be filed on July 16, 2004, subject to further order of the Court at the July 15, 2004 hearing

8      Any party that wishes to file a motion seeking the transfer of this proceeding to another court shall file such motion by July 12, 2004.

**SO ORDERED:**

_____
United States Bankruptcy Judge

Date:_____