IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**4

IN RE: BRAC GROUP INC., et al.

---

|  |  |  |
|---|---|---|
| Jaeban (U.K.) Limited, et al. | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  05-259 |
| v. | ) | |
| | ) | |
| | ) | |
| Brac Group Inc., et al. | ) | |
| Appellee | ) | Bankruptcy Case No. 02-12152 (CGC) |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 12/16/04, 1/16/05, 3/9/05 was docketed in the District Court on 5/3/05:

> Memorandum Opinion regarding Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order, (II) Appellee's Motion for Further Sanctions and Other Relief, and (III) Counter-claimant's Motion for Order Reopening Limited Discovery dated 12/16/04

> Order Granting Appellee's Motion for Further Sanctions and Other Relief and Denying as moot Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order and Counter-claimant's Motion for Order Reopening Limited Discovery dated 1/16/05

> Order and Memorandum Decision denying Motion to Reconsider dated 3/9/05

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   5/3/05

To:     U.S. Bankruptcy Court
        Counsel