IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC., *et al.*,<br><br>Debtors. | Case No. 02-12152 (RB)<br><br>Bk. Adv. Proc. 03-53271 |
| BRAC GROUP, INC., *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>IBRAHIEM JAEBAN,<br><br>Defendant-Appellant. | Civil Action No. 05-259-RB |

**ORDER**

This matter having come before the Court on the parties' Joint Motion to Expedite Appeal, and the Court having been advised of the premises,

IT IS HEREBY ORDERED as follows;

1. Pursuant to Paragraph 3 of the Court's July 23, 2004 Standing Order, the briefing of this appeal shall not be stayed pending the conclusion of the mediation. The parties shall adhere to the following briefing schedule:

    a. Mr. Jaeban's opening brief shall be served and filed on or before May 26, 2005;

    b. Appellees' brief shall be filed on or before June 15, 2005;

    c. Mr. Jaeban's reply brief shall be filed on or before June 27, 2005.

2.  Oral argument of this appeal shall be heard at 4:30 pm on July 15, 2005.

Dated: May 23, 2005

                                                           _____
                                                           United States District Judge

WP3:1113937.1                                                59519.1021