IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-12152 (JLP) (Bankr. D. Del.) |
| BRAC GROUP, INC., *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>IBRAHIEM JAEBAN,<br><br>Defendant-Appellant. | Civ. No. 05-259-UNA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. L.R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kenneth E. Wile to represent Plaintiffs-Appellees[1] in this action.

Dated: May 19, 2005

*/s/ Edmon L. Morton*
Edmon L. Morton (No. 3856)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Attorney for Plaintiffs-Appellees

---

[1] Plaintiffs-Appellees are the following entities: BRAC Group, Inc., Auto Rental Systems, Inc., BGI Airport Parking, Inc., BGI Shared Services, Inc., BGI Shared Services, LLC, BRAC Credit Corporation, BRAC Car Sales, Inc., BRAC Fleet Finance Corporation, BRAC Rent A Car Asia-Pacific, Inc., BRAC Rent A Car Caribe Corporation, BRAC Rent A Car Corporation, BRAC Rent-A-Car International, Inc., BRAC Rent A Car of Japan, Inc., BRAC Rent-A-Car of St. Louis, Inc., BRAC Rent-A-Car of the Midwest, Inc., BRAC Rent-A-Car Systems, Inc., BRAC Sales Corporation, BRAC Storage Corporation, BRAT Move Management, Inc., BRAT Relocation Services, Inc., BRAT TRS, Inc., BVM, Inc., Carson Chrysler Plymouth Dodge Jeep Eagle, Inc., Control Risk Corporation, Dayton Auto Lease Company, Inc., Directors Row Management Company, LLC, IN Motors VI, LLC, Mastering The Move Realty, Inc., Mosiant Car Sales, Inc., NYRAC Inc., Paul West Ford, Inc., Philips Jacobs Insurance Agency, Inc., Premier Car Rental LLC, Reservation Services, Inc., TCS Properties, LLC, Team Car Sales of Charlotte, Inc., Team Car Sales of Dayton, Inc., Team Car Sales of Philadelphia, Inc., Team Car Sales of Richmond, Inc., Team Car Sales of San Diego, Inc., Team Car Sales of Southern California, Inc., Team Fleet Services Corporation, Team Holdings Corp., Team Realty Services, Inc., The Move Shop, Inc., Transportation and Storage Associates, ValCar Rental Car Sales, Inc., Vehicle Rental Access Company, LLC, and Warren Wooten Ford, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 02-12152 (JLP) (Bankr. D. Del.) |
| BRAC GROUP, INC., *et al.*,<br><br>　　　　Plaintiffs-Appellees,<br><br>v.<br><br>IBRAHIEM JAEBAN,<br><br>　　　　Defendant-Appellant. | Civ. No. 05-259-UNA |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. L.R. 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Illinois and New York and, pursuant to D. Del. L.R. 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Dated: May 18, 2005

　　　　　　　　　　　　　　　　　　　／s／ Kenneth E. Wile
　　　　　　　　　　　　　　　　　　　Kenneth E. Wile
　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN BROWN & WOOD LLP
　　　　　　　　　　　　　　　　　　　Bank One Plaza
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　Telephone (312) 853-2081
　　　　　　　　　　　　　　　　　　　Facsimile: (312) 853-7036

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-12152 (JLP) (Bankr. D. Del.) |
| BRAC GROUP, INC., *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>IBRAHIEM JAEBAN,<br><br>Defendant-Appellant. | Civ. No. 05-259-UNA |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **May 24, 2005,** I electronically filed a true and correct copy of the **Motion and Order for Admission** *Pro Hac Vice* – **(Kenneth E. Wile, Esq.)** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Brian A. Sullivan, Esq.
Robert D. Wilcox, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(Counsel for Jaeban (U.K.) Limited, et al.)

I further certify that on **May 24, 2005,** I caused a copy of **Motion and Order for Admission** *Pro Hac Vice* – **(Kenneth E. Wile, Esq.)** to be served by as indicated, on the counsel on the attached service list.

Edmon L. Morton (No. 4856)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6753
emorton@ycst.com
bankruptcy@ycst.com

*Attorneys for BRAC II*

## CORE GROUP SERVICE LIST
## BRACII

Messrs. John Whitfield & Gerald Clifford Smith
Administrative Receivers of Jaeban (UK) Limited
c/o RSM Robson Rhodes LLP
7 Hill Street, Centre City Tower
Birmingham, B5 4UU UK.
*Federal Express (International)*

Steve Allen, Esq.
Mills & Reeve
54 Hagley Road
Edgbaston
Birmingham B16 8PE, England
Counsel for Jaeban UK Limited
*Federal Express (International)*
*& Electronic Mail*

Mark D. Collins, Esq.
Rebecca Booth, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for Joint Administrators of BRAC)
(Rent-A-Car International, Inc.)
*Hand Delivery*

Brian A. Sullivan, Esq.
Robert D. Wilcox, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899
(Counsel for Ibrahiem Jaeban)
*Hand Delivery*
*& Electronic Mail*

Ian Weatherall, Esq.
Wragge & Co. LLP
55 Colmore Row
Birmingham B3 2AS, England
(Counsel for Receivers of Jaeban)
*Federal Express (International)*
*& Electronic Mail*

Kenneth E. Wile, Esq.
Sidley Austin Brown & Wood
10 South Dearborn Street, BankOne Plaza
Chicago, IL 60603
(Co-counsel for BRACII)
*First Class Mail*
*& Electronic Mail*