IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC., *et al.*,<br><br>Debtors. | Case No. 02-12152 (RB)<br><br>Bk. Adv. Proc. No. 03-54271 (RB) |
| BRAC GROUP, INC., *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>IBRAHIEM JAEBAN,<br><br>Defendant-Appellant. | Civil Action No. 05-259-KAJ |

**STIPULATION REGARDING BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED and agreed by the parties to this appeal that the briefing schedule between Appellant Ibrahiem Jaeban ("Jaeban") and Appellee Budget Rent-A-Car International, Inc ("BRACII") regarding Jaeban's appeal from the Bankruptcy Court's December 14, 2004 Memorandum Opinion and January 13, 2005 Order, and its March 9, 2005 Memorandum Opinion and Order, shall be as follows:

1. BRACII's reply brief shall be due on or before June 17, 2005.

2. Jaeban's brief in response to BRACII's reply brief shall be due on or before June 30, 2005.

Dated: June 13, 2005

Respectfully submitted,

| | |
|---|---|
| **SIDLEY AUSTIN BROWN & WOOD** LLP | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | _/s/_ |
| Kenneth E. Wile | Robert S. Brady (Bar No. 2847) |
| Bank One Plaza | Edmon L. Morton (Bar No. 3856) |
| 10 South Dearborn Street | The Brandywine Building, 17th Floor |
| Chicago, Illinois 60603 | 1000 West Street, P.O. Box 391 |
| (312) 853-7000 | Wilmington, Delaware 19899-0391 |
| | (302) 571-6600 |
| | |
| | Counsel for Appellee Budget Rent-A-Car International, Inc. |

**WERB & SULLIVAN**

_/s/_  6/14/05

Brian A. Sullivan (Bar No. 2098)
Robert Wilcox (Bar No. 4321)
Amy D. Brown (Bar No. 4077)
300 Delaware Ave., 13th Floor
Wilmington, DE 19899
(302) 652-1100

Counsel for Appellant Ibrahiem Jaeban

So ordered, this _____ day

of _____, 2005

_____
Kent A. Jordan
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **June 14, 2005**, I electronically filed a true and correct copy of the **Stipulation Regarding Briefing Schedule** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Brian A. Sullivan, Esq.
Robert D. Wilcox, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(Counsel for Jaeban (U.K.) Limited, et al.)

I further certify that on **June 14, 2005**, I caused a copy of **Stipulation Regarding Briefing Schedule** to be served by as indicated, on the counsel on the attached service list.

Kenneth J. Enos (No. 4544)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kenos@ycst.com
bankruptcy@ycst.com

*Attorneys for BRAC II*

WP3:1114040.1                                                                  59519.1021

**SERVICE LIST
BRACII
6/14/2005**

Messrs. John Whitfield & Gerald Clifford Smith
Administrative Receivers of Jaeban (UK) Limited
c/o RSM Robson Rhodes LLP
7 Hill Street, Centre City Tower
Birmingham, B5 4UU UK
*Federal Express (International)*

Mark D. Collins, Esq.
Rebecca Booth, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for Joint Administrators of BRAC)
(Rent-A-Car International, Inc.)
*Hand Delivery*

Ian Weatherall, Esq.
Wragge & Co. LLP
55 Colmore Row
Birmingham B3 2AS, England
(Counsel for Receivers of Jaeban)
*Federal Express (International)
& Electronic Mail*

Steve Allen, Esq.
Mills & Reeve
78-84 Colmore Row
Birmingham B3 2AB, England
Counsel for Jaeban UK Limited
*Federal Express (International)
& Electronic Mail*

Brian A. Sullivan, Esq.
Robert D. Wilcox, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899
(Counsel for Ibrahiem Jaeban)
*Hand Delivery
& Electronic Mail*

Kenneth E. Wile, Esq.
Sidley Austin Brown & Wood
10 South Dearborn Street, BankOne Plaza
Chicago, IL 60603
(Co-counsel for BRACII)
*First Class Mail
& Electronic Mail*