IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC., *et al.*,<br><br>Debtors. | Case No. 02-12152 (RB)<br><br>Bk. Adv. Proc. 03-54271 (RB) |
| BRAC GROUP, INC., *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>JAEBAN (U.K.) LIMITED,<br><br>Defendant, and<br><br>IBRAHIEM JAEBAN,<br><br>Defendant-Appellant. | Civil Action No. 05-259-KAJ |

### APPENDIX OF APPELLEE
### BUDGET RENT-A-CAR INTERNATIONAL, INC. ("BRACII")

Kenneth E. Wile
Robert N. Hochman
Sidley Austin Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Robert S. Brady (Bar No. 2847)
Edmon L. Morton (Bar No. 3856)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-039
(302) 571-6600

Counsel for Appellee Budget Rent-A-Car International, Inc.

Dated: June 17, 2005

## **INDEX**

| Tab # | |
|---|---|
| 1 | May 25, 2004 Memorandum Opinion (the "First Sanctions Order") |
| 2 | December 14, 2004 Memorandum Opinion (the "Second Sanctions Decision") |
| 3 | March 4, 2005 Memorandum Decision and Order (the "Reconsideration Order") |
| 4 | December 17, 2003 Revised Pre-Trial Scheduling Order |
| 5 | Plaintiff's Motion to Strike Defendant's Counterclaims Due to Defendant's Refusal to Participate in this Proceeding |
| 6 | Defendant's Response to Plaintiff's Motion to Strike |
| 7 | BRACII's Reply in Support of its Motion to Strike |
| 8 | August 2, 2004 Revised Pre-Trial Scheduling Order |
| 9 | Defendant/Counterclaim Plaintiff Ibrahiem Jaeban's Motion to Extend Deadlines in Pre-Trial Scheduling Order and Memorandum in Support |
| 10 | BRACII's Motion for Further Sanctions and Other Relief Due to Mr. Jaeban's Multiple Failures To Comply with the Court's May 25, 2004 Order |
| 11 | BRACII's Partial Opposition to Mr. Jaeban's Motion to Extend Deadlines in Revised Pre-Trial Scheduling Order |
| 12 | Ibrahiem Jaeban's Response to BRACII's Motion for Further Sanctions and Other Relief |
| 13 | Reply Memorandum in Support of BRACII's Motion For Further Sanctions and Other Relief |
| 14 | January 12, 2005 Order |
| 15 | Defendant/Counterclaim Plaintiff Ibrahiem Jaeban's Motion for Reconsideration of January 13, 2005 Order and Memorandum in Support |
| 16 | BRACII's Memorandum in Opposition to Mr. Jaeban's Motion for Reconsideration |
| 17 | Reply Memorandum of Ibrahiem Jaeban in Support of Motion for Reconsideration |
| 18 | Notice of Appeal |