IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

DEC 1 7 2003

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 02-12152 (MFW)<br><br>(Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,<br><br>        Plaintiffs,<br>v.<br><br>Jaeban (U.K.) Limited<br><br>        Defendants. | 03-A-54271 |

### REVISED PRE-TRIAL SCHEDULING ORDER

Due notice having been given and all parties having appeared and been heard, IT IS HEREBY ORDERED AS FOLLOWS:

1. All fact discovery (document requests, interrogatories, requests for admissions and all depositions) shall be completed by January 30, 2004.

2. Plaintiff's expert disclosures pursuant to Fed. R. Civ. Pro. 26(a)(2) shall be made on or before February 20, 2003.

3. Defendant's expert disclosures pursuant to Fed. R. Civ. Pro. 26(a)(2) shall be made on or before March 19, 2003.

4. All expert discovery shall be completed by April 2, 2003.

5. Dispositive motions are due on or before April 16, 2003.

BA31

6. Responses to any dispositive motions are due 14 days after service of the dispositive motion.

7. Any reply brief in support of a dispositive motion is due 7 days after service of the response to that motion.

CGC

~~8. A final pretrial conference will be held on _____ at _____~~

~~9. Trial will commence on _____ at _____~~

**SO ORDERED:**

_____
United States Bankruptcy Judge

Date: 12/17/03