IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al., | Case No. 02-12152 (CGC) |
| Debtors. | (Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al., | |
| Plaintiffs, | 03-A-54271 |
| v. | |
| Jaeban (U.K.) Limited, | |
| Defendant. | |

### REVISED PRE-TRIAL SCHEDULING ORDER

Due notice having been given and all parties having appeared and been heard, IT IS ORDERED AS FOLLOWS:

1.  All depositions in this adversary proceeding shall be completed by August 23, 2004.

2.  Motions for summary judgment shall be filed by September 17, 2004.

3.  Memoranda in opposition to summary judgment shall be filed by October 1, 2004.

4.  Reply memoranda in support of summary judgment shall be filed by October 8, 2004.

5.  With respect to BRACII's Motion for Partial Reconsideration and BRACII'S Motion for a Four-Day Extension of Time to File Its Motion for Reconsideration, Defendant's

BA180

objections shall be filed by June 25, 2004. BRACII's reply shall be filed by July 9, 2004. The Court will hold a hearing on these motions at 9:30 a.m. on July 15, 2004 in its Wilmington, Delaware courtroom.

6. With respect to the parties' proposed further pleadings (an amended counterclaim by Defendant and a claim by BRACII against Mr. I.M. Jaeban on his personal guarantee), BRACII and Defendant shall exchange proposed final pleadings by July 9, 2004. Unless a party objects in writing to the amended pleading by July 14, 2004, it shall answer or otherwise plead by July 23, 2004. If a party does object to an amended pleading, a briefing schedule shall be established at the July 15, 2004 hearing.

7. Any renewed motion by BRACII to strike the pleadings of or otherwise seek a default judgment against Jaeban (U.K.) Limited in its capacity as a defendant shall be filed on July 16, 2004, subject to further order of the Court at the July 15, 2004 hearing.

8. Any party that wishes to file a motion seeking the transfer of this proceeding to another court shall file such motion by July 12, 2004.

**SO ORDERED:**

_____
United States Bankruptcy Judge

Date: Aug 2, 2004

2

BA181