IN THE UNITED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| BRAC GROUP, INC. (f/k/a BUDGET GROUP, INC.), *et al.*,<br>　　　Debtors, | : Chapter 11<br>:<br>: Case No: 02-12152 (CGC)<br>:　(Jointly Administered) |
| BRAC GROUP, INC., (f/k/a BUDGET GROUP, INC.), *et al.*,<br>　　　Plaintiffs and Counterclaim Defendants, | :<br>:<br>: |
| v. | : Adversary No.: 03-54271 (CGC) |
| JAEBAN (U.K.) LIMITED, *et al.*,<br>　　　Defendant and Counterclaim Plaintiff | :<br>: Refers to Docket Nos.: 73, 76<br>:　and 83 |

## NOTICE OF APPEAL

**NOTICE IS HEREBY** given pursuant to 28 U.S.C. ' 158(a)(1) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, that Ibrahiem Jaeban, as Assignee of Jaeban (U.K.), Ltd., hereby appeals: (1) *Memorandum Opinion* Regarding (I) Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order, (II) BRACII's Motion for Further Sanctions and Other Related Relief, and (III) Mr. Jaeban's Motion for Order Reopening Limited Discovery entered December 16, 2004 (Docket No. 73), (2) *Order* Granting BRACII's Motion for Further Sanctions and Other Relief and Denying as Moot Motion to Extend Time Deadlines in Revised Pre-Trial Scheduling Order and Mr. Jaeban's Motion for Order Reopening Limited Discovery entered January 13, 2005 (Docket No. 76), and (3) *Memorandum, Decision and Order* Denying Motion to Reconsider entered March 9, 2005 (Docket No. 83).

The names of all parties to the Order and the other parties to the Proceeding and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. **Appellants**
   Brian A. Sullivan (#2098)
   Robert D. Wilcox (#4321)
   Amy D. Brown (#4077)
   Werb & Sullivan
   300 Delaware Avenue, 13th Floor
   Wilmington, Delaware 19899
   Telephone : (302) 652-1100
   Facsimile : (302) 652-1111

2. **BRAC Group Inc. (f/k/a Budget Group, Inc., et al.)**
   Robert S. Brady (#2847)
   Edmon L. Morton (#3856)
   Joseph A. Malfitano (#4020)
   Matthew B. Lunn (#4119)
   Young Conaway Stargatt & Taylor, LLP
   The Brandywine Building
   1000 West Street, 17th Floor
   P.O. Box 391
   Wilmington, Delaware 19899
   Telephone : (302) 571-6600
   Facsimile : (302) 571-1253

   and

   Larry N. Nyhan
   Kenneth E. Wile
   Sidley Austin Brown & Wood LLP
   Bank One Plaza
   10 South Dearbourn Street
   Chicago, Illinois 60603
   Telephone : (312) 853-2081
   Facsimile : (312) 853-7036

Dated: March 17, 2005

                                **WERB & SULLIVAN**

                                /s/ Brian A. Sullivan

                                Brian A. Sullivan (#2098)
                                Robert D. Wilcox (#4321)
                                Amy D. Brown (#4077)
                                300 Delaware Ave., 13th Floor
                                P.O. Box 25046
                                Wilmington, Delaware 19899
                                Telephone: (302) 652-1100
                                Facsimile: (302) 652-1111

                                **Attorneys for Appellant Ibrahiem Jaeban, as Assignee of Jaeban (U.K.), Ltd.**