## CERTIFICATE OF SERVICE

I hereby certify that on **June 17, 2005,** I electronically filed a true and correct copy of the **Appendix of Appellee Budget Rent-A-Car International, Inc. ("BRACII")** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Brian A. Sullivan, Esq.
Robert D. Wilcox, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(Counsel for Jaeban (U.K.) Limited, et al.)

I further certify that on **June 17, 2005,** I caused a copy of **Appendix of Appellee Budget Rent-A-Car International, Inc. ("BRACII")** to be served by as indicated, on the counsel on the attached service list.

Kenneth J. Enos (No. 4544)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kenos@ycst.com
bankruptcy@ycst.com

*Attorneys for BRAC II*

WP3:1114040.3                                                                                      59519.1021

**SERVICE LIST**
**BRACII**
**6/17/2005**

Messrs. John Whitfield & Gerald Clifford Smith
Administrative Receivers of Jaeban (UK) Limited
c/o RSM Robson Rhodes LLP
7 Hill Street, Centre City Tower
Birmingham, B5 4UU UK
*Federal Express (International)*

Steve Allen, Esq.
Mills & Reeve
78-84 Colmore Row
Birmingham B3 2AB, England
Counsel for Jaeban UK Limited
*Federal Express (International) & Electronic Mail*

Mark D. Collins, Esq.
Rebecca Booth, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for Joint Administrators of BRAC)
(Rent-A-Car International, Inc.)
*Hand Delivery*

Brian A. Sullivan, Esq.
Robert D. Wilcox, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899
(Counsel for Ibrahiem Jaeban)
*Hand Delivery& Electronic Mail*

Ian Weatherall, Esq.
Wragge & Co. LLP
55 Colmore Row
Birmingham B3 2AS, England
(Counsel for Receivers of Jaeban)
*Federal Express (International) & Electronic Mail*

Kenneth E. Wile, Esq.
Sidley Austin Brown & Wood
10 South Dearborn Street, BankOne Plaza
Chicago, IL 60603
(Co-counsel for BRACII)
*First Class Mail & Electronic Mail*