# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| BRAC GROUP, INC. *et al.*, | : Bankruptcy Case No. 02-12152 |
| Debtors. | : |
|  | : Adversary No.: 03-54271 |
| Jaeban (U.K.) Limited, et al. | : |
| Appellant, | : |
|  | : |
| v. | : |
|  | : |
| BRAC GROUP, INC. *et al.*, | : C.A. No. 05-259 (KAJ) |
| Appellee. | : |
|  | : |

## STIPULATION REGARDING AMENDED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED and agreed by the parties to this appeal that the briefing schedule between Appellant Ibrahiem Jaeban "Mr. Jaeban" and Appellee Budget Rent-A-Car International, Inc ("BRACII") regarding Mr. Jaeban's appeal from the Bankruptcy Court's December 14, 2005 Memorandum Opinion and January 13, 2005 Order, and its March 9, 2005 Memorandum Opinion and Order, shall be amended as follows:

1. Mr. Jaeban's Reply Brief shall be due on or before July 5, 2005 at 4:00 p.m.

Dated: June 29, 2005

Respectfully submitted,

**WERB & SULLIVAN**

_____
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Attorneys for Appellant
Ibrahiem Jaeban, as Assignee of
Jaeban (U.K.) Limited

**SIDLEY AUSTIN BROWN & WOOD LLP**

Kenneth E. Wile, Esq
10 South Dearborn Street
Chicago, IL 60603

**YOUNG CONAWAY STARGATT & TAYLOR**

_____ (No. 4119)
Robert S. Brady (#2847)
Edmon L. Morton (#3856)
The Brandywine Building
17th Floor
1000 West Street, P. O. Box 391
Wilmington, DE 19899-0391

So ordered, this_____day
of June, 2005.

_____
Kent A. Jordan
United States District Court Judge

## CERTIFICATE OF SERVICE

       I hereby certify that on June 29, 2005, I filed electronically a true and correct copy of the **Stipulation Regarding Briefing Schedule** with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record and I hereby certify further that on June 29, 2005, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **FIRST CLASS MAIL:** | **VIA HAND DELIVERY:** |
|---|---|
| Kenneth E. Wile, Esq.<br>Sidley, Austin, Brown, &<br>Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL 60603 | Edmon L. Morton, Esq.<br>Robert S. Brady, Esq.<br>Matthew B. Lunn, Esq.<br>Young, Conaway, Stargatt & Taylor, LLC<br>The Brandwyine Building, 17th Floor<br>1000 West Street, P. O. Box 391<br>Wilmington, DE 19899-0391 |

*/s/ Robert Wilcox/*
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Attorneys for Appellant
Ibrahiem Jaeban, as Assignee of
Jaeban (U.K.) Limited