IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 02-12152 (MFW)<br><br>(Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,<br><br>                     Plaintiffs,<br>v.<br><br>Jaeban (U.K.) Limited,<br><br>                     Defendants. | 03-A-54271 |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 29, 2003 the JOINT FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO JAEBAN (UK) LIMITED was served, via hand delivery

---

[1] The Debtors are the following entities: BRAC Group, Inc., Auto Rental Systems, Inc., BGI Airport Parking, Inc., BGI Shared Services, Inc., BGI Shared Services, LLC, BRAC Credit Corporation, BRAC Car Sales, Inc., BRAC Fleet Finance Corporation, BRAC Rent A Car Asia-Pacific, Inc., BRAC Rent A Car Caribe Corporation, BRAC Rent A Car Corporation, BRAC Rent-A-Car International, Inc., BRAC Rent A Car of Japan, Inc., BRAC Rent-A-Car of St. Louis, Inc., BRAC Rent-A-Car of the Midwest, Inc., BRAC Rent-A-Car Systems, Inc., BRAC Sales Corporation, BRAC Storage Corporation, BRAT Move Management, Inc., BRAT Relocation Services, Inc., BRAT TRS, Inc., BVM, Inc., Carson Chrysler Plymouth Dodge Jeep Eagle, Inc., Control Risk Corporation, Dayton Auto Lease Company, Inc., Directors Row Management Company, LLC, IN Motors VI, LLC, Mastering The Move Realty, Inc., Mosiant Car Sales, Inc., NYRAC Inc., Paul West Ford, Inc., Philips Jacobs Insurance Agency, Inc., Premier Car Rental LLC, Reservation Services, Inc., TCS Properties, LLC, Team Car Sales of Charlotte, Inc., Team Car Sales of Dayton, Inc., Team Car Sales of Philadelphia, Inc., Team Car Sales of Richmond, Inc., Team Car Sales of San Diego, Inc., Team Car Sales of Southern California, Inc., Team Fleet Services Corporation, Team Holdings Corp., Team Realty Services, Inc., The Move Shop, Inc., Transportation and Storage Associates, ValCar Rental Car Sales, Inc., Vehicle Rental Access Company, LLC, and Warren Wooten Ford, Inc.

upon the following party:

R. Judson Scaggs, Esq.<br>
MORRIS, NICHOLS, ARSHT & TUNNEL, ESQS.<br>
1201 North Market Street<br>
P.O. B. 1347<br>
Wilmington, DE 19899-1347<br>
<br>
Attorneys for Jaeban (UK) Limited

Dated: September 29, 2003

| SIDLEY AUSTIN BROWN & WOOD | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Larry J. Nyhan<br>Melville W. Washburn<br>Kenneth E. Wile<br>Bank One Plaza<br>10 S. Dearborn<br>Chicago, IL 60603 | _/s/_<br>Robert S. Brady (Bar No. 2847)<br>Edmon L. Morton (No. 3856)<br>Joseph A. Malfitano (No. 4020)<br>Matthew B. Lunn (No. 4119)<br>The Brandywine Building, 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600 |
| Counsel for Debtors and Debtors-in-Possession BRAC Group, Inc., et al. | |
| BROWN RUDNICK BERLACK ISRAELS LLP<br>Martin S. Siegel, Esq.<br>120 West 45th Street<br>New York, New York 10036<br>(212) 704-0100 | ASHBY & GEDDES<br>William Bowden (No. 2553)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888 |
| Counsel for the Official Committee of Unsecured Creditors | |

## CERTIFICATE OF SERVICE

    I, Edmon L. Morton, Esquire, hereby certify that I am not less than 18 years of age and that on September 29, 2003, I caused a copy of the attached pleading to be served, as indicated, on the parties on the attached service list.

_____
Edmon L. Morton (No. 3856)

Dated: September 29, 2003

SERVICE LIST
Budget Group, Inc.
9/29/2003

William P Bowden, Esq.
Christopher S. Sontchi, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801
(Co-counsel for the Unsecured Creditors' Committee)
*Hand Delivery*

Leslie H. Scharf, Esq.
Brown Rudnick Berlack Isreals LLP
120 West 45th Street
New York, NY 10019
(Co-counsel for the Unsecured Creditors' Committee)
*First Class Mail & Facsimile*

Harold J. Marcus, Esq.
Peter J. Antoszyk, Esq.
Carol S. Ennis, Paralegal
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(Co-counsel for the Unsecured Creditors' Committee)
*First Class Mail & Facsimile*

R. Judson Scaggs, Esq., Esq.
Thomas W. Briggs, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel for Jaeban (U.K.) Limited)
*Hand Delivery*