IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 02-12152 (MFW)<br><br>(Jointly Administered) |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), et al.,<br><br>Plaintiffs,<br>v.<br><br>Jaeban (U.K.) Limited,<br><br>Defendants. | 03-A-54271 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 26, 2003 a copy of the JOINT SECOND REQUEST

FOR PRODUCTION OF DOCUMENTS TO JAEBAN (UK) LIMITED was served, via hand delivery

---

[1] The Debtors are the following entities: BRAC Group, Inc , Auto Rental Systems, Inc., BGI Airport Parking, Inc., BGI Shared Services, Inc , BGI Shared Services, LLC, BRAC Credit Corporation, BRAC Car Sales, Inc., BRAC Fleet Finance Corporation, BRAC Rent A Car Asia-Pacific, Inc , BRAC Rent A Car Caribe Corporation, BRAC Rent A Car Corporation, BRAC Rent-A-Car International, Inc , BRAC Rent A Car of Japan, Inc , BRAC Rent-A-Car of St. Louis, Inc , BRAC Rent-A-Car of the Midwest, Inc., BRAC Rent-A-Car Systems, Inc., BRAC Sales Corporation, BRAC Storage Corporation, BRAT Move Management, Inc.; BRAT Relocation Services, Inc., BRAT TRS, Inc., BVM, Inc., Carson Chrysler Plymouth Dodge Jeep Eagle, Inc., Control Risk Corporation, Dayton Auto Lease Company, Inc., Directors Row Management Company, LLC, IN Motors VI, LLC, Mastering The Move Realty, Inc., Mosiant Car Sales, Inc., NYRAC Inc., Paul West Ford, Inc , Philips Jacobs Insurance Agency, Inc., Premier Car Rental LLC, Reservation Services, Inc., TCS Properties, LLC, Team Car Sales of Charlotte, Inc., Team Car Sales of Dayton, Inc , Team Car Sales of Philadelphia, Inc., Team Car Sales of Richmond, Inc., Team Car Sales of San Diego, Inc., Team Car Sales of Southern California, Inc., Team Fleet Services Corporation, Team Holdings Corp , Team Realty Services, Inc., The Move Shop, Inc., Transportation and Storage Associates, ValCar Rental Car Sales, Inc., Vehicle Rental Access Company, LLC, and Warren Wooten Ford, Inc.

JA701

upon the following party:

> R. Judson Scaggs, Esq.
> MORRIS, NICHOLS, ARSHT & TUNNEL, ESQS.
> 1201 North Market Street
> P.O. B. 1347
> Wilmington, DE 19899-1347
>
> Attorneys for Jaeban (UK) Limited

Dated: November 26, 2003

**SIDLEY AUSTIN BROWN & WOOD**

Larry J. Nyhan
Melville W. Washburn
Kenneth E. Wile
Bank One Plaza
10 S. Dearborn
Chicago, IL 60603

Counsel for Debtors and Debtors-in-Possession
BRAC Group, Inc., et al.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Robert S. Brady (Bar No. 2847)
Edmon L. Morton (No. 3856)
Joseph A. Malfitano (No. 4020)
Matthew B. Lunn (No. 4119)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

2

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, November 26, 2003, I caused a copy of the foregoing JOINT SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO JAEBAN (UK) LIMITED to be served on the following, via hand delivery:

> R. Judson Scaggs, Esq.
> MORRIS, NICHOLS, ARSHT & TUNNEL, ESQS.
> 1201 North Market Street
> P.O. B. 1347
> Wilmington, DE 19899-1347

Dated: November 26, 2003

Edmon L. Morton (No. 3856)