IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: BRAC GROUP, INC. (F/K/A BUDGET GROUP, INC., ET AL.), | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Case No. 02-12152 (MFW) |
| IN RE: BRAC GROUP, INC. (F/K/A BUDGET GROUP, INC., ET AL.), | ) ) ) ) | (Jointly Administered) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Adversary No. A-03-54271 |
| JAEBAN (U.K.) LIMITED, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

I, Thomas W. Briggs, Jr., Esquire, hereby certify that copies of JAEBAN (U.K.) LIMITED'S RESPONSES TO JOINT SECOND REQUEST FOR PRODUCTION OF DOCUMENTS were served on December 30, 2003 upon the following counsel in the manner indicated:

**BY HAND**

Edmon Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391

William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899

JA704

**BY FACSIMILE AND FIRST-CLASS MAIL**

Kenneth E. Wile, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

           MORRIS, NICHOLS, ARSHT & TUNNELL

           R. Judson Scaggs, Jr. (#2676)
           Thomas W. Briggs, Jr. (#4076)
           1201 N. Market Street
           P. O. Box 1347
           Wilmington, DE 19899
           (302) 658-9200
            Attorneys for Jaeban (U.K.) Limited

December 30, 2003
386159

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: BRAC GROUP, INC. (F/K/A BUDGET GROUP, INC., ET AL.), | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Case No. 02-12152 (MFW) |
| IN RE: BRAC GROUP, INC. (F/K/A BUDGET GROUP, INC., ET AL.), | ) ) ) | (Jointly Administered) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Adversary No. A-03-54271 |
| JAEBAN (U.K.) LIMITED, | ) ) | |
| Defendant. | ) ) | |

### JAEBAN (U.K.) LIMITED'S RESPONSES TO
### JOINT SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure (the "Federal Rules") and Rule 7034 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), defendant Jaeban (U.K.) Limited ("Defendant" or "Jaeban") hereby responds to the Joint Second Request For Production of Documents To Jaeban (UK) Limited (the "Requests") as follows:

### GENERAL OBJECTIONS

The following general objections apply to and are hereby incorporated by reference into each individual response herein, whether or not expressly incorporated in such individual response:

1.   Jaeban objects to the Requests to the extent that they seek to obtain information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable protections or privileges. Jaeban's inadvertent production of

any privileged document or information shall not be construed as a general waiver of the privilege.

2. Jaeban objects to the Requests to the extent that they seek information not in Jaeban's possession, custody or control on the ground that any such request exceeds the obligations imposed by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure.

3. Jaeban objects to the Requests to the extent that they seek to impose requirements not otherwise required by the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure or the Local Rules for the United States Bankruptcy Court for the District of Delaware.

4. Jaeban objects to the Requests to the extent that they seek documents that are publicly available to Plaintiffs.

5. In providing responses to these Requests, Jaeban does not waive, and expressly reserves, all objections as to competency, relevancy, materiality and admissibility thereof, as well as all objections to any other discovery request.

6. Pursuant to the applicable provisions of the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, Jaeban reserves the right to supplement or amend these responses and assert additional objections as it completes its review and analysis in response to these Discovery Requests.

## DOCUMENT REQUESTS

### REQUEST NO. 1

All correspondence (including e-mails) and all other documents exchanged at any time between or among Jaeban, the Jaeban Receivers, or Robson Rhodes and any secured creditor of Jaeban (including, without limitation, CIF or HSBC) that refer or relate to (a) the appointment of an Administrative Receiver or Receivers; (b) the Adversary Proceeding or any claim or allegation made in the Adversary Proceeding; or (c) the financial condition of Jaeban.

-2-

RESPONSE:

Jaeban objects to this Request on the grounds that it is overly broad, unduly burdensome and seeks documents or information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to these objections and the General Objections, Jaeban will produce responsive, non-privileged documents that refer or relate to the Adversary Proceeding or any claim or allegation made in the Adversary Proceeding.

REQUEST NO. 2

All other documents not produced in response to the Joint First Request for Production of Document to Jaeban (or withheld on grounds of privilege in response to that Request) that refer or relate to any claim or allegation made in the Adversary Proceeding including, without limitation, all evaluations or other references to the allegations in the Adversary Proceeding by the Jaeban Receivers or any director or officer of Jaeban.

RESPONSE:

Jaeban objects to this Request on the grounds that it is overly broad, unduly burdensome and seeks documents or information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to these objections and the General Objections, Jaeban will produce responsive, non-privileged documents.

REQUEST NO. 3

All documents that refer or relate to completed or proposed sales of Jaeban assets by the Jaeban Receivers.

RESPONSE:

Jaeban objects to this Request on the grounds that it is overly broad, unduly burdensome and seeks documents or information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

JA708

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ _____

R. Judson Scaggs, Jr. (#2676)
Thomas W. Briggs, Jr. (#4076)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Jaeban (U.K.) Limited

December 30, 2003
385970

- 4 -

## CERTIFICATE OF SERVICE

I, Thomas W. Briggs, Jr., Esquire, hereby certify that copies of the foregoing JAEBAN (U.K.) LIMITED'S RESPONSES TO JOINT SECOND REQUEST FOR PRODUCTION OF DOCUMENTS were caused to be served on December 30, 2003 upon the following counsel in the manner indicated:

**BY HAND**

Edmon Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391

William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899

**BY FACSIMILE AND FIRST-CLASS MAIL**

Kenneth E. Wile, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

_____
Thomas W. Briggs, Jr.

**ile a Notice:**
**03-54271-MFW BRAC Group, Inc. (f/k/a Budget Group, Inc.) et al v. Jaeban (U.K.) Limited et al**

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Briggs, Thomas W. entered on 12/30/2003 at 5:12 PM EST and filed on 12/30/2003

Case Name:     BRAC Group, Inc. (f/k/a Budget Group, Inc.) et al v. Jaeban (U.K.) Limited et al
Case Number:   03-54271-MFW
Document Number: 20

Docket Text:
Notice of Service *of Jaeban (U.K.) Limiteds Reponses to Joint Second Request for Production of Documents* (related document(s)[16] ) Filed by Jaeban (U.K.) Limited (related document(s)[16]). (Briggs, Thomas)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:X:\E-Filings\49626\Filings\123003 NOS re Jaeban Resp2SecondReq4Docs.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=983460418 [Date=12/30/2003] [FileNumber=2195368-0
[154b3f4fe720e9708c686c8061107db55e6a0ac98575e514d9a7f6beeb667eb343f
a61296beb9f3e8f894041bf492614094b3b06738733764eee7444f56e408]]

**03-54271-MFW Notice will be electronically mailed to:**

William Pierce Bowden    wbowden@ashby-geddes.com

Thomas W. Briggs    tbriggs@mnat.com,

Matthew Barry Lunn    bankruptcy@ycst.com

Edmon L. Morton    bankruptcy@ycst.com,

Ricardo Palacio    rpalacio@ashby-geddes.com

**03-54271-MFW Notice will not be electronically mailed to:**

MORRIS, NICHOLS, ARSHT & TUNNELL
<u>SERVICE SHEET</u>

SERVICE ONLY: ☒
COURT FILING ONLY: ☐
SERVICE AND COURT FILING: ☐
NIGHT BOX: ☐

CASE: In re Brac Group              MATTER #: 49626

FILE WITH:
☐ Del. Supreme Court            ☐ Family Court
☐ Prothonotary - Superior       ☐ Orphans' Court
☐ Register in Chancery          ☐ Chancellor's Office
☐ Recorder of Deeds             ☐ Judge's Chambers
☐ Register of Wills             ☐ Sheriff's Office
☐ Magistrate's Court            ☐ Tax Court
☐ Court of Common Pleas         ☐ U.S. Bankruptcy Court
☐ U.S. District Court           ☐ 3d Circuit Court of Appeals
☐ U.S. Supreme Court

OTHER:

RECORD COPY SUPPLIED TO BE CLOCKED IN: ☐ YES  ☐ NO

FILE ORIGINAL AND _____ COPIES        NO. OF CLOCKED COPIES: _____

OTHER INSTRUCTIONS (PLEASE BE SPECIFIC):
DATE: 12/30/2003                      TIME:
SECRETARY: Denise M. Zelinski    FOR ATTORNEY: Thomas W. Briggs, Jr.
TITLE OF PAPER(S) BEING SERVED AND/OR FILED: NOS, Responses to 2nd Request
for Production, Statement 9.4

---

TO MESSENGER: WHEN FILING PAPERS, HAVE THIS SHEET CLOCKED IN. IF RECORD COPY SUPPLIED (SEE ABOVE), HAVE IT CLOCKED IN ON THE TOP PAGE. <u>RETURN THIS SHEET/RECORD COPY TO SECRETARY.</u> IF FILING NOT FULLY COMPLETED, REPORT STATUS TO ABOVE SECRETARY OR ATTORNEY <u>IMMEDIATELY</u>.

CERTIFICATE OF SERVICE MUST BE SIGNED BY MESSENGER/SERVER: ☐ YES  ☒ NO

---

PERSONS TO BE SERVED: (use reverse side for additional names)

| Name/Firm | Receipt Acknowledged | Date/Time |
|---|---|---|
| Morton/YCS&T | [signature] | 12.30.03 |
| Bowden/Ashby & Geddes | Left @ Reception | 12/30/03 |

If receipt of service is <u>not</u> acknowledged then you should, if at all possible, leave papers at the service location and write on the back of this sheet exactly what you did with them. Report this immediately to the secretary or attorney.

NAME OF MESSENGER/SERVER: JW

CERTIFICATE OF SERVICE HAS BEEN SIGNED BY MESSENGER/SERVER: ☐ YES  ☒ NO

JA712