IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BRAC GROUP, INC. (F/K/A BUDGET GROUP, INC., ET AL.), | ) Chapter 11 ) ) |
| Debtors. | ) Case No. 02-12152 (MFW) ) |
| IN RE: BRAC GROUP, INC. (F/K/A BUDGET GROUP, INC., ET AL.), | ) (Jointly Administered) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Adversary No. A-03-54271 ) |
| JAEBAN (U.K.) LIMITED, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SERVICE

I, Thomas W. Briggs, Jr., Esquire, hereby certify that copies of DEFENDANT/COUNTERCLAIM PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS/COUNTERCLAIM DEFENDANTS were served on January 2, 2004 upon the following counsel in the manner indicated:

**BY HAND**

Edmon Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391

William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899

**BY FACSIMILE AND FIRST-CLASS MAIL**

Kenneth E. Wile, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Thomas W. Briggs, Jr.
        R. Judson Scaggs, Jr. (#2676)
        Thomas W. Briggs, Jr. (#4076)
        1201 N. Market Street
        P. O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
          Attorneys for Jaeban (U.K.) Limited

January 2, 2004
386159