**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

| | | |
|---|---|---|
| BRAC GROUP, INC. *et al.,* | : | C.A. No. 05-259 (KAJ) |
| Debtors, | : | Bankruptcy Case No: 02-12152 |
| _____ | : | Adversary No.: 03-54271 |
| Jaeban (U.K.) Limited, et al. | : | |
| Appellant, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| BRAC Group Inc., *et al.*, | : | |
| Appellee | : | |
| _____ | : | |

**APPENDIX TO BRIEFS OF**
**APPELLANT IBRAHIEM JAEBAN**

**VOLUME IV**

Dated: July 5, 2005

WERB & SULLIVAN

Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Attorneys for Appellant
Ibrahiem Jaeban, as Assignee of
Jaeban (U.K.) Limited