IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 15  AM 9:22

| | |
|---|---|
| In re | ) Chapter 11 |
| BRAC GROUP, INC., ET AL., | ) Case No. 02-12152 (RB) |
| Debtors. | ) Bk. Adv. Proc. No. 03-54271 (RB) |
| BRAC GROUP, INC., ET AL., | ) |
| Plaintiffs-Appellees, | ) |
| v. | ) Civil Action No. 05-259-KAJ |
| IBRAHIEM JAEBAN, | ) |
| Defendant-Appellee. | ) |

## ORDER

Oral argument on the briefing on the pending appeal in the above-captioned action will be heard on **August 4, 2005** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

Dated: July 15, 2005
Wilmington, Delaware