IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 AUG -5  AM 8: 33

| | |
|---|---|
| In re ) | Chapter 11 |
| BRAC GROUP, INC., ET AL., ) | Case No. 02-12152 (RB) |
| Debtors. ) | Bk. Adv. Proc. No. 03-54271 (RB) |
| BRAC GROUP, INC., ET AL., ) | |
| Plaintiffs-Appellees, ) | |
| v. ) | Civil Action No. 05-259-KAJ |
| IBRAHIEM JAEBAN, ) | |
| Defendant-Appellee. ) | |

### ORDER

For the reasons set forth in open court on August 4, 2005, it is hereby

**ORDERED** that

(1)  the January 12, 2005 Order of the Bankruptcy Court (Bankruptcy Docket Item 76) granting the motion of debtor BRAC Rent-A-Car International, Inc. ("BRACII") for sanctions, dismissing with prejudice the counterclaims of Mr. Ibrahiem Jaeban, and denying as moot the motion of Mr. Jaeban to extend deadlines is **REVERSED**;

(2)  the March 4, 2005 Order of the Bankruptcy Court (Bankruptcy Docket Item 83) denying the motion of Mr. Jaeban for reconsideration of the aforesaid January 12, 2005 Order is **REVERSED**; and

(3)  the case is **REMANDED** with the direction that Mr. Jaeban's counterclaims be reinstated and consideration be given to the propriety of imposing lesser sanctions.  Nothing in this Order shall be taken as forbidding the imposition of

further, stringent sanctions, including the sanction of dismissal, should later circumstances in the case so warrant.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 5, 2005

Wilmington, Delaware