UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BRAC GROUP, INC., *et al.*,<br><br>   Debtors. | Case No. 02-12152 (RB)<br><br>Bk. Adv. Proc. 03-54271 (RB) |
| BRAC GROUP, INC., *et al.*,<br><br>   Plaintiffs-Appellees,<br><br>v.<br><br>JAEBAN (U.K.) LIMITED,<br><br>   Defendant, and<br><br>IBRAHIEM JAEBAN,<br><br>   Defendant-Appellant. | Civil Action No. 05-259-KAJ |

**NOTICE OF APPEAL**

Notice is hereby given that Budget Rent-A-Car International, Inc., plaintiff in the above-captioned adversary proceeding, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's oral decision on August 4, 2005, its stated reasons in support thereof, and its August 5, 2005 Order (a) reversing (i) the Bankruptcy Court's January 12, 2005 Order, which dismissed Defendant Ibrahiem Jaeban's assigned counterclaims based on the Second Sanctions Decision, and (ii) the Bankruptcy Court's March 4, 2005 Order denying Defendant's Motion for Reconsideration, and (b) remanding the case for consideration of the propriety of lesser sanctions.

The parties to this appeal and the names and addresses of their counsel are as follows:

A.  **Appellant:** Budget Rent-A-Car International, Inc. Its counsel are:

>Robert S. Brady
>Edmon L. Morton
>**Young Conaway Stargatt & Taylor, LLP**
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899
>(302) 571-6600

>Kenneth E. Wile
>Robert N. Hochman
>**Sidley Austin Brown & Wood LLP**
>10 South Dearborn Street
>Chicago, Illinois 60603
>(312) 853-7000

B.  **Appellee:** Ibrahiem Jaeban. His counsel are:

>Brian A. Sullivan
>Robert D. Wilcox
>Amy D. Brown
>**Werb & Sullivan**
>300 Delaware Avenue, 13[th] Floor
>P.O. Box 25046
>Wilmington, Delaware 19899
>(302) 652-1100

Dated: August 23, 2005

Respectfully submitted,

| | |
|---|---|
| **SIDLEY AUSTIN BROWN & WOOD LLP**<br>Kenneth E. Wile<br>Robert N. Hochman<br>10 South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>*/s/*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>1000 West Street, P.O. Box 391<br>Wilmington, Delaware 19899<br>(302) 571-6600<br><br>Counsel for Plaintiff-Appellee Budget Rent-A-Car International, Inc. |

2