# YOUNG CONAWAY STARGATT & TAYLOR, LLP

EDMON L. MORTON
DIRECT DIAL: (302) 571-6637
DIRECT FAX: (302) 576-3320
emorton@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 30, 2005

Dr. Peter T. Dalleo, Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:   BRAC Group, Inc., et al., Plaintiff-Appellees v. Ibraheim Jaeban, Defendant-Appellant, Civil Action No. 05-259 (KAJ)

Dear Dr. Dalleo:

Enclosed please find Copy 6 of the Transcript Purchase Order for the oral argument in the above-referenced matter which was held on August 4, 2005. Please do not hesitate to contact me with any questions or concerns you may have.

Sincerely,

Edmon L. Morton

ELM:hem
Enclosure

cc:   Kenneth E. Wile, Esquire
      Brian A. Sullivan, Esquire
      Thomas Hartzell, Paralegal

DB02:5043384.1

059519.1001

# TRANSCRIPT PURCHASE ORDER

District Court: United States District Court for the District of Delaware

Court of Appeals Docket No. 05-3893
District Court Docket No. 05-CV-259(KAJ)

Short Case Title: SMC, Inc. v. Textron, Inc.

Date Notice of Appeal Filed by Clerk of District Court: August 29, 2005

---

**PART I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

- ☐ None
- ☐ Unnecessary for appeal purposes.
- ☒ Already on file in the D.C. Clerk's office.
- ☐ This is to order a transcript of the proceedings heard on the date listed below from _____ (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

Voir dire ☐ ;   Opening statement of plaintiff ☐   defendant ☐
Closing argument of plaintiff ☐    defendant ☐
Jury instructions ☐    Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Criminal Justice Act (Attach copy of CJA form 24)
- ☐ Motion for transcript has been submitted to DC Judge
- ☒ Private Funds

Signature: _____   Date: August 31, 2005

Print Name: Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
Address: 1000 West St., 17th Fl., Wilmington, DE 19801

Counsel for: Appellant
Telephone: (302) 571-6600

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

Date _____   Signature of Court Reporter _____   Telephone _____

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages      _____ Actual Number of Volumes

Date _____     Signature of Court Reporter _____

3CA (12/93)