# WERB & SULLIVAN

ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

300 DELAWARE AVENUE
P.O. BOX 25046
WILMINGTON, DELAWARE 19899

BRIAN A. SULLIVAN, P.A.
AMY D. BROWN

TELEPHONE: (302) 652-1100
TELECOPIER: (302) 652-1111
Writer's E-Mail: abrown@werbsullivan.com

COURIER DELIVERY:
300 DELAWARE AVENUE
THIRTEENTH FLOOR
WILMINGTON, DELAWARE 19801

September 6, 2005

Anthony Infante
Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**VIA U.P.S OVERNIGHT**



RE: Case No. 05-3983
   In Re:. BRAC Group, Inc.
   D.C. No. 05-cv-00259

Dear Anthony:

This firm represents Ibrahiem Jaeaban, appellee in the above referenced appeal. Pursuant to your August 29, 2005 correspondence, I am writing to advise you that the attached caption you indicated was taken from the district court docket is incorrect, and should instead read as follows:

------------------------------------------------------------
In re:
BRAC GROUP, INC., et al.,

                              Debtors
------------------------------------------------------------
BUDGET RENT-A-CAR INTERNATIONAL,
INC.,
                              Appellant,
v.

IBRAHIEM JAEBAN
------------------------------------------------------------

Also enclosed are the following documents to be filed with the Court: (1)Corporate Disclosure Statement (2) Appearance Form for Brian A. Sullivan; (2) Appearance Form for Amy D. Brown;

Kindly return the extra clocked-in copies to me in the enclosed stamped envelope. Thank you for your attention to these matters. If you have any questions or concerns in this regard, please do not

hesitate to contact me.

Very truly yours,

Amy D. Brown

encl.

cc: Peter T. Dalleo, Clerk, U.S. District Court for
    the District of Delaware (Via Hand Delivery)(w/o encl.)
    Kenneth Wile, Esq. (Via First Class Mail)(w/o encl)
    Edmon Morton, Esq. (Via Hand Delivery)(w/o encl.)