UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3983

In re: BRAC Group, Inc.

To:  Clerk

1) Letter Dated September 2, 2005 construed as a Motion by Appellant to Amend the Caption

2) Letter Dated September 6, 2005 construed as a Motion by Appellee to Amend the Caption

---

The foregoing Motion is granted.  The caption will be amended to read as follows:

IN RE: BRAC GROUP, INC., et al
f/k/a Budget Group, Inc.,
       Debtors

BUDGET RENT-A-CAR INTERNATIONAL , INC.,
       Appellant

v.

IBRAHIEM JAEBAN

For the Court,

/s/ Marcia M. Waldron
   Clerk


A True Copy:
Marcia M. Waldron, Clerk

Dated: 27 September 2005