**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 5-3983</u>

In Re: BRAC Grp Inc, et al.

Budget Rent-A-Car International, Inc., Appellant

(Delaware District Bankruptcy No. 05-cv-00259)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure with the parties agreeing that each shall bear its own costs.

<u>/s/ Marcia M. Waldron</u>
Clerk
United States Court of Appeals
for the Third Circuit

A True Copy:

Marcia M. Waldron, Clerk

Date: March 16, 2006

cc:
Edmon L. Morton, Esq.
Kenneth E. Wile, Esq.
Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
Robert D. Wilcox, Esq.